IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02422-WDM-OES

LUTHER EARL MADRY, JR.,

    Plaintiff,

v.

JEFFREY MAIZE,

    Defendant.

---

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

    Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the order granting plaintiff leave to proceed in *forma pauperis* pursuant to § 1915, plaintiff was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause, plaintiff was directed to file a current certified copy of his inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

    Plaintiff on October 28, 2004 informed the Court that he was no longer incarcerated as of September 9, 2004 and requested permission to continue making payments as soon as he found work (Motion for Payments to the Court, filed October

28, 2004 doc. 52). The Court's November 3, 2004 Minute Order (doc. 54) denied plaintiff's motion and instructed plaintiff to make monthly filing fee payments or to show cause in writing each month as to why he has no assets and no means by which to make the monthly payment.

Plaintiff has failed to make required monthly payments and has not shown cause in writing each month why he has no assets and no means by which to make the monthly payments since December 2004. Therefore, plaintiff will be ordered either to make the required monthly payments for January 2005 to present or show cause in writing why he has not made the required monthly payments since January 2005 to the present. Accordingly, it is

ORDERED that plaintiff shall have until 15 days from the date of this Order to make the required monthly payments or to show cause in writing why he cannot make the required monthly payments. It is

FURTHER ORDERED that if plaintiff fails to comply with this Order, the complaint and the civil action will be dismissed without further notice.

Dated at Denver this day of June 22, 2005

BY THE COURT:

S/O. Edward Schlatter

United States Magistrate Judge