IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02422-WDM-OES

LUTHER EARL MADRY, JR.,

Plaintiff,

vs.

LISA PICKERING,
CPL. GILBERT J. LADRINI, JR.,
JEFFERY MAIZE, and
DANIEL ANDERSON,

Defendants.

---

ORDER

---

**O. Edward Schlatter, United States Magistrate Judge**

This matter came before me for a scheduling conference today, July 12, 2005, at 9:00 a.m. This conference is the court's third actual attempt to hold a scheduling conference in this matter. The initial Preliminary Scheduling Conference was set in this matter for April 28, 2004. See Docket #17. It was canceled until resolution of a then-pending dispositive motion. Following a ruling on the dispositive motion, a Scheduling Conference was set for November 17, 2004. See Docket #46. Plaintiff failed to appear for this conference. See Docket #55. Thereafter, another such a conference was set for February 16, 2005. See Docket #62. Based on a conflict arising on my calendar,

however, the conference was rescheduled to March 18, 2005. <u>See</u> Docket #65. The conference scheduled for March 18, 2005, was convened, but ultimately vacated and reset to July 12, 2005, to allow for the plaintiff to clarify the record with the filing of a single Amended Complaint and for the parties to prepare a proposed Scheduling Order. <u>See</u> Dockets #67 and #68.

By approximately 9:12 a.m. today, the plaintiff had not appeared for the Preliminary Scheduling Conference nor called to reschedule or in any way request delay of the conference. I made a record, to include a finding that if plaintiff could not demonstrate cause for his failure to appear, defendants were entitled to their attorneys fees in this regard which counsel for the defense, Ms. Gillian Flener, indicated is billed at $135 per hour. Court recessed, and defense counsel was released from the conference. At approximately 9:25 a.m., the plaintiff arrived in my courtroom.

Plaintiff, whose current address is less than 2 miles from the federal courthouse, could not demonstrate cause for his failure to appear at the designated time. Accordingly, as a sanction, plaintiff shall pay the defendants' attorneys fees in this regard in the sum of $135.

During the previous proceedings held on March 18, 2005, plaintiff had been informed that a proposed Scheduling Order should be prepared and submitted to the court. Plaintiff was instructed that he should initiate contact and work with counsel for the defense to prepare such a document for today's conference. Plaintiff had not done so. Accordingly, the conference will once again be re-set to allow for the preparation of a

proposed Scheduling Order.

I also again, as I had at the March 18th proceedings, pointed out to plaintiff that mail sent to the address he currently has on file has periodically been returned as undeliverable. I therefore cautioned the plaintiff that under the rules of this court, he has a responsibility to maintain a valid current address on record or face dismissal of his case if he fails to do so.

Finally, I note from the record that plaintiff responded to the court's Order Directing Plaintiff To Make Monthly Filing Fee Payment Or To Show Cause issued on June 22, 2005, by indicating he would make payments toward his filing fee obligation starting on July 9, 2005. However, to date, no payment has been made.

Based upon the proceedings held, and the entire record herein, it is hereby **ORDERED** as follows:

1. The Preliminary Scheduling/Status Conference is **RESET** to August 15, 2005, at 9:45 a.m. Plaintiff shall initiate contact and work with counsel for the defendants to prepare and submit a proposed Scheduling Order to the court on or before August 10, 2005.

2. Before 4:00 p.m. (MDT) on July 22, 2005, plaintiff shall pay the sum of $135.00 to counsel for the defendants as a sanction for failing to appear at the designated time for the July 12, 2005, Preliminary Scheduling/Status Conference. **Plaintiff is warned** that failure to pay the $135.00 sanction by that date may result in the imposition of additional sanctions, including the dismissal of his case.

3. Plaintiff shall have until and including July 19, 2005, in which to make the required monthly filing fee payment or to show cause in writing why he cannot make the required monthly payment. If plaintiff

fails to comply with this Order, the Amended Complaint and the civil action will be dismissed without further notice.

Dated at Denver, Colorado, this 12th day of July, 2005.

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge