IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-2422-WDM-OES

LUTHER EARL MADRY, JR.,

    Plaintiff,

v.

LISA PICKERING, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge O. Edward Schlatter, issued October 22, 2005, that this action be dismissed with prejudice. Plaintiff failed to file an objection to this recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, and I agree with Magistrate Judge Schlatter's conclusion that Plaintiff has demonstrated a pattern of neglecting his obligations in this case.  Therefore, for substantially the reasons given in the recommendation, dismissal with prejudice is appropriate under *Ehrenhaus v. Reynolds*.  965 F.2d 916 (10th Cir. 1992).

    Accordingly, it is ordered:

1.     The recommendation of Magistrate Judge Schlatter, issued October 6, 2005 (Docket No. 104), is accepted.

2.       This case is dismissed with prejudice.

DATED at Denver, Colorado, on November 21, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge